**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1134**

THOMAS A. MURRAY,

              Plaintiff - Appellant,

        v.

ACCOMACK COUNTY HEALTH DEPARTMENT, Director,

              Defendant – Appellee,

        and

UNITED STATES OF AMERICA,

              Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:13-cv-00206-AWA-TEM)

Submitted: May 29, 2014              Decided: June 2, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas A. Murray, Appellant Pro Se. Erin Rose McNeill, Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas A. Murray appeals the district court's orders dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, although we grant Murray leave to proceed in forma pauperis, we deny his motion to remand and affirm for the reasons stated by the district court. Murray v. Accomack Cnty. Health Dep't, No. 2:13-cv-00206-AWA-TEM (E.D. Va. filed Sept. 19, 2013 & entered Sept. 20, 2013; filed Dec. 10, 2013 & entered Dec. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED